**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 117 WAL 2014
                                   :
              Respondent        :
                                   : Petition for Allowance of Appeal from the
                                   : Order of the Superior Court
            v.                  :
                                   :
                                 :
CRAIG A. BLACK,                 :
                                 :
             Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.